JULY 31, 1801.

# Samuel and Mary Roundtree *v.* Nat. Roundtree.

*Upon a writ of error to reverse a judgment of the Court of Quarter Sessions of Bracken county.*

1. An indictment for false swearing, which does not state in what court the defendant took the oath, or that the court had cognizance of the cause in which the oath was taken, is defective.

2. The verdict of the jury which finds the defendant "guilty of the premises," and not of the fact stated in the indictment, is insufficient, and does not authorize a judgment.

On examining the record herein the following errors appear :

1st. The indictment does not state in what court the defendant. Mary took the oath referred to in the indictment, nor is it stated that the court had cognizance of the cause in which the oath was taken.

2d. The jury have found the defendant guilty of the premises, not of the fact stated in the indictment. Therefore, it is considered by the court, that the judgment aforesaid be reversed and set aside, and that the plaintiffs recover of the defendant their costs in this behalf expended, which is ordered to be certified to the said court.